The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EUGENE LI and XI CHEN,

                    Plaintiffs,

        v.

UNITED STATES CITIZENSHIP AND
IMMIGRAITON SERVICES, *et al.*,

                    Defendants.

Case No. 2:26-cv-01812-JLR

**STIPULATED MOTION TO DISMISS**

Noting Date: July 28, 2026

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services ("USCIS") to adjudicate the I-485 Application to Adjust Status of Plaintiff Xi Chen. USCIS has approved the application, and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01812-JLR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 28th day of July, 2026.

Respectfully submitted,


*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   206-553-7970
Fax:      206-553-4073
Email:   sarah.bishop@usdoj.gov

*Attorney for Defendants*

*s/ Eugene Li*
EUGENE LI
*s/ Xi Chen*
XI CHEN
17120 NE 131st Pl.
Redmond, WA 98052
Phone: 412-537-0274

*Pro Se Plaintiffs*

I certify that this memorandum contains 230 words, in compliance with the Local Civil Rules.

STIPULATED MOTION TO DISMISS AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01812-JLR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

[PROPOSED] ORDER

It is so **ORDERED**. This case is dismissed without prejudice.


DATED this 28th day of July, 2026.



_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
[Case No. 2:26-cv-01812-JLR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970